```
                    FILED
                 BILLINGS, MT

                 2008 JUN 13 PM 2 28

                 PATRICK E. DUFFY, CLERK
              BY _____
                      DEPUTY CLERK
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| IN THE MATTER OF THE SEARCH OF: | MJ-08-28-BLG-CSO ~~MCR~~ |
|---|---|
| The Property located at 4679 Harvest Lane, Billings, Montana | **ORDER SEALING ENTIRE CASE AND APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT AND SEARCH WARRANT** |

Pursuant to the motion of the United States, and for good cause shown, IT IS HEREBY ORDERED that this entire case, including all pleadings in it such as the Application and Affidavit for Search Warrant and Search Warrant herein, are sealed.

DATED this 13th day of June, 2008.

_____
Carolyn S. Ostby
United States Magistrate Judge

N:\MHurd\Hopkins\Proposed Order Sealing Case.wpd                1